[No. 29399-8-III.  Division Three.  August 16, 2011.]

*In the Matter of the Postsentence Review of* NOLAN L. FINCH.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 04-1-00420-6, Donald W. Schacht, J., entered July 6, 2010. *Reversed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Korsmo, JJ.

[No. 28668-1-III.  Division Three.  August 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. OLGA V. SHVED, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 07-1-50157-5, Vic L. VanderSchoor, J., entered December 8, 2009. *Reversed* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 63648-1-I.  Division One.  August 22, 2011.]

TOUCH NETWORKS, INC., *Respondent*, v. GOGI DESIGN, LLC, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-2-33454-8, Mary Yu, J., entered June 2, 2009. *Reversed* by unpublished opinion per Leach, A.C.J., concurred in by Lau and Spearman, JJ.

[No. 64405-0-I.  Division One.  August 22, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JIN WOO KIM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 08-1-07536-9, Laura C. Inveen, J., entered October 12, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Lau and Spearman, JJ.